WILLIAM G. DENNEY, *Petitioner-Appellant*, v. STATE OF KANSAS, *Respondent-Appellee.*

No. 47,778

Opinion filed November 8, 1975.

*Hugh R. McCullough*, of Topeka, argued the cause, and *Jerry Shelor*, of Topeka, was on the brief for the appellant.

*George H. Herrelson, Jr., county attorney*, argued the cause, and *Curt T. Schneider*, attorney general, and *Kent Lynch*, legal intern with the county attorney's office, were with him on the brief for the appellee.

SCHROEDER, J. Affirmed.

MILLER, J., not participating.


ROBERT D. FORGEY and ROBERT M. FORGEY, *Appellants*, v. STEPHEN L. COLLINS, *Appellee.*

No. 47,789

Opinion filed December 13, 1975.

*Otto J. Koerner* and *Randall H. Elam*, of Wichita, argued the cause, and were on the brief for the appellants.

*Robert E. Burchfiel*, of Burchfiel and Banks, of Wichita, argued the cause, and was on the brief for the appellee.

PRAGER, J. Affirmed.


STATE OF KANSAS, *Appellant*, v. MIKE HENNINGTON, *Appellee.*

No. 47,802

Opinion filed November 8, 1975.

*Curt T. Schneider*, attorney general, *Margaret W. Jordan*, district attorney and *Richard S. Wetzler*, assistant district attorney, of Olathe, were on the brief for appellant.

*Hugh H. Kraemer* and *Thomas E. Ruzicka*, of Breyfogle, Gardner, Martin, Davis & Kraemer, of Olathe, were on the brief for appellee.

*Per Curiam*: Reversed and remanded.

MILLER, J., not participating.